IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

---

**MAJOR JAMES D. PEDERSEN, Individually
and as next of kin of Carrie G. Pedersen
(deceased) and Lucas J. Pedersen (deceased) and
Ashley L. Petersen, a minor, Individually,**

    Plaintiffs,

v.                                                                  NO. 2:08-CV-02752-STA-cgc
                                                                                                JURY DEMANDED

**P.A.M. TRANSPORTATION SERVICES, INC.,
P.A.M. TRANSPORT, INC., ALLEN FREIGHT
SERVICES, INC., ANTHONY D. PATRICK,
and CITY OF MEMPHIS, TENNESSEE,**

    Defendants.

---

## CONSENT ORDER EXTENDING
## DEADLINE FOR DEFENDANTS TO MAKE THEIR
## EXPERT DISCLOSURES

---

By consent of the parties and for good cause shown, the Court finds that Defendants' Unopposed and Joint Motion to Extend Defendants' Expert Disclosure Deadline should be granted. Defendants are granted an extension through and including February 1, 2010, within which to serve their expert disclosures.

IT IS SO ORDERED this 5th day of January, 2010.

                                                    s/ Charmiane G. Claxton
                                                   CHARMIANE G. CLAXTON
                                                   UNITED STATES MAGISTRATE JUDGE